**COMMISSIONER OF INTERNAL REVENUE v. RIVERVIEW STATE BANK.**

No. 2866.

Circuit Court of Appeals, Tenth Circuit.

Dec. 6, 1943.

Mr. J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

N. E. Snyder, of Kansas City, Kan., for respondent.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Petition to review, 1 T.C. 1147, dismissed on motion of petitioner.

**Max STEPHAN, Appellant, v. UNITED STATES of America, Appellee.**

No. 9562.

Circuit Court of Appeals, Sixth Circuit.

June 22, 1943.

Nicholas Salowich and James E. McCabe, both of Detroit, Mich., for appellant.

John C. Lehr and John W. Babcock, both of Detroit, Mich., for appellee.

Before HICKS, ALLEN, HAMILTON, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

In this cause the motion of appellant filed June 21, 1943, to be permitted to file a supplemental record, is allowed.

And this cause coming on to be heard upon the transcript, briefs and arguments of counsel, on consideration whereof, it appearing that there is no reversible error on the record, it is ordered and adjudged that the judgment appealed from, 50 F.Supp. 445, entered in the District Court on May 22, 1943, denying appellant's motion for new trial, be and the same is in all things affirmed.

Rule 30 of this court is suspended and mandate will issue forthwith.

**In the Matter of Sander KAMELGARN, Bankrupt-Appellee; Mathias Naphtali, Trustee-Appellant.**

No. 206.

Circuit Court of Appeals, Second Circuit.

Jan. 25, 1944.

Mathias Naphtali, of New York City, for appellant.

Irving E. Kanner, of New York City, for respondent.

Before SWAN, CLARK, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed.

**In the Matter of ALBANY HOTEL CORPORATION, Debtor.**

No. 257.

Circuit Court of Appeals, Second Circuit.

Feb. 2, 1944.

Costello, Cooney & Fearon, of Syracuse, N. Y. (Laurence Sovik, of Syracuse, N. Y., of counsel), for appellants.

George J. Hatt, 2d, of Albany, N. Y., for Trustee, appellee.

Harold P. Seligson, of New York City, for First Trust Co. of Albany, appellee.

Before L. HAND, AUGUSTUS N. HAND, and FRANK, Circuit Judges.

PER CURIAM.

Order affirmed in open court.